No. 729. NORTHERN CEDAR COMPANY v. FRANK H. GLOYD, AS DIRECTOR OF AGRICULTURE OF THE STATE OF WASHINGTON ET AL.;

No. 730. YAKIMA COUNTY HORTICULTURAL UNION v. FRANK H. GLOYD, AS DIRECTOR OF AGRICULTURE OF THE STATE OF WASHINGTON, ET AL.; and

No. 731. C. W. CHAMBERLAIN & COMPANY ET AL. v. FRANK H. GLOYD, AS DIRECTOR OF AGRICULTURE OF THE STATE OF WASHINGTON, ET AL. Error to the Supreme Court of the State of Washington. Submitted January 13, 1926. Decided January 18, 1926. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of *Louisiana Navigation Co.* v. *Oyster Commission*, 226 U. S. 99, 101; *Coe* v. *Armour Fertilizer Works*, 237 U. S. 413, 418, 419; *Gray's Harbor Logging Co.* v. *Coats-Ford-*

*ney Logging Co.*, 243 U. S. 251, 255; *Bruce* v. *Tobin*, 245 U. S. 18, 19. *Mr. Dallas V. Halverstadt* for plaintiffs in error. *Mr. John H. Dunbar* for defendants in error.